SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 25-05624MB

☒ FILED   ☐ LODGED

**Feb 05 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/04/2025 | 2/05/2025 @ 12:04 pm | lawenforcement@gemini.com |

**INVENTORY MADE IN THE PRESENCE OF**

N/A

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Warrant emailed to Gemini Law Enforcement Support, pending results.

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 2/05/2025

**ALEJANDRO URZUA**
Digitally signed by ALEJANDRO URZUA
Date: 2025.02.05 12:25:12 -07'00'

Executing Officer's Signature

Alejandro Urzua, Special Agent

Printed Name and Title